Trent M. Gardner (I.D. #7477)
Kyle W. Nelson (I.D. #11211)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Ph:    (406) 587-0618
Fax:   (406) 587-5144
Email:  tgardner@goetzlawfirm.com
         knelson@goetzlawfirm.com

Scott Sandberg (admitted *pro hac vice*)
John O'Brien (admitted *pro hac vice*)
**SPENCER FANE LLP**
1700 Lincoln St., Suite 2000
Denver, CO 80203
Ph:    (303) 839-3800
Email:  ssandberg@spencerfane.com
         jobrien@spencerfane.com

Attorneys for Bank of Colorado

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>JEFFREY W. BERGER and<br>TAMI M. BERGER,<br><br>           Debtors. | Case No. 18-60032-11 |
| JEFFREY W. BERGER and TAMI M. BERGER,<br>     **Plaintiffs,**<br><br>vs.<br><br>BANK OF COLORADO,<br>     **Defendant.** | Adversary No. 18-00013<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Pursuant to L.R. 2090-5(b), notice is hereby given that the Bank of Colorado substitutes Trent M. Gardner (Montana State Bar No. 7477) and Kyle W. Nelson (Montana State Bar No. 11211) in place of Doug James, who consents to this substitution. All further communications to Mr. James concerning the above captioned matter should be addressed as follows:

> Trent M. Gardner
> Kyle W. Nelson
> **GOETZ, BALDWIN & GEDDES, P.C.**
> 35 North Grand
> P.O. Box 6580
> Bozeman, MT  59771-6580
> Ph:     (406) 587-0618
> Fax:    (406) 587-5144
> Email:  tgardner@goetzlawfirm.com
>         knelson@goetzlawfirm.com


> Scott Sandberg (admitted *pro hac vice*)
> John O'Brien (admitted *pro hac vice*)
> **SPENCER FANE LLP**
> 1700 Lincoln St., Suite 2000
> Denver, CO 80203
> Ph:     (303) 839-3800
> Email:  ssandberg@spencerfane.com
>         jobrien@spencerfane.com

DATED this 2nd day of April, 2018.

GOETZ, BALDWIN & GEDDES, P.C.

By: */s/ Kyle W. Nelson*
    Trent M. Gardner/Kyle W. Nelson

    Attorneys for Bank of Colorado

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies under penalty of perjury that on April 2nd, 2018, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties: None.

                                         By: */s/ Kyle W. Nelson*
                                               Kyle W. Nelson