John O'Brien (*pro hac vice*)
Scott C. Sandberg (*pro hac vice*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: 303-839-3800
jobrien@spencerfane.com; ssandberg@spencerfane.com

Trent M. Gardner (I.D. #7477)
Kyle W. Nelson (I.D. # 11211)
GOETZ, BALDWIN & GEDDES, P.C.
35 North Grand
P.O. Box 6580
Bozeman, MT 59771-6580
Telephone: 406-587-0618 / Fax: 406-587-5144
tgardner@goetzlawfirm.com; knelson@goetzlawfirm.com
**Attorneys for Bank of Colorado**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>JEFFREY W. BERGER and TAMI M. BERGER<br><br>**Debtors.** | Case No.: 18-60032-BPH |
| JEFFREY W. BERGER and TAMI M. BERGER<br><br>**Plaintiffs**<br><br>vs.<br><br>BANK OF COLORADO<br><br>**Defendant.** | Adversary Proceeding No. 18-00013<br><br>**BANK OF COLORADO'S WITNESS LIST FOR APRIL 12, 2018 HEARING AND TRIAL** |

Defendant Bank of Colorado (the **"Bank"**) submits the following Witness List in connection with the hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. #3) and trial in the above-captioned adversary proceeding:

### WITNESS LIST

1. Jeffrey W. Berger

2. Tami M. Berger

3. Kaycee Lytle

4. Any witness listed or called by any other party

5. All persons disclosed in documents produced by the parties, for the matters set forth in such documents

6. All persons identified in Rule 2004 examinations

7. All persons whose testimony is needed for rebuttal

8. All persons whose testimony is needed to authenticate or provide foundation for exhibits.

9. Any witness whose testimony is revealed as necessary in discovery, investigation, or during trial

Dated: April 6, 2018.

*s/Scott C. Sandberg*
John O'Brien (*pro hac vice*)
Scott C. Sandberg (*pro hac vice*)
Spencer Fane LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: 303-839-3800
jobrien@spencerfane.com; ssandberg@spencerfane.com

and

*s/Kyle W. Nelson*
Trent M. Gardner (I.D. #7477)
Kyle W. Nelson (I.D. # 11211)
GOETZ, BALDWIN & GEDDES, P.C.
35 North Grand
P.O. Box 6580
Bozeman, MT 59771-6580
Telephone: 406-587-0618 / Fax: 406-587-5144
tgardner@goetzlawfirm.com; knelson@goetzlawfirm.com

**Attorneys for Bank of Colorado**

**CERTIFICATE OF SERVICE**

     I, the undersigned, do hereby certify under penalty of perjury that on April 6, 2018, a copy of the foregoing was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and by mail on the following parties:

| | |
|---|---|
| Jeffrey W. Berger<br>PO Box 1104<br>Williston, ND  58802 | Tami M. Berger<br>PO Box 1104<br>Williston, ND  58802 |

                             *s/Scott C. Sandberg*
                             Scott C. Sandberg